**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD, *et al.,* | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 18-2415 (RDM) |
| | ) |
| U.S. IMMIGRATION & CUSTOMS | ) |
| ENFORCEMENT*, et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PROPOSED ORDER

Upon consideration of Unopposed Motion to Continue Status Conference and for Counsel for Plaintiffs to Appear Telephonically, the following is hereby ORDERED:

1. The Status Conference scheduled for November 21, 2019 at 12:00 p.m. is hereby stricken.

2. The Status Conference is rescheduled for November 22, 2019 at 4:00 p.m.

3. Plaintiffs' counsel is granted leave to appear at the Status Conference telephonically.


SO ORDERED,


_____
United States District Judge